

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00347-CV

**ALLSTATE COUNTY MUTUAL INSURANCE COMPANY**,
Appellant

v.

Gregorio G. **PAREDES** Jr.,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 9,016
Honorable Jose A. Lopez, Judge Presiding

PER CURIAM

Sitting:     Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

Delivered and Filed:  November 23, 2016

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss the appeal because the parties have resolved this matter.

We grant the motion.  *See* TEX. R. APP. P. 42.1(a)(1).  We order that each party bear its own costs

of appeal as agreed.  *See id.* R. 42.1(d) (absent agreement of parties, costs are taxed against

appellant).

PER CURIAM